# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, NATIONAL ELECTRICAL INDUSTRY FUND, CONTRACT COMPLIANCE FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, AND SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION,<br><br>                    Plaintiffs,<br>       v.<br><br>PROFESSIONAL TELECOMMUNICATIONS SERVICES INC., a California corporation,<br><br>                    Defendant. | Case No.: 8:22-CV-01382-FWS-JDE<br><br>Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

1

**JUDGMENT**

After full consideration of the pleadings and papers filed in this case, the evidence on record, the applicable law, and consistent with the court's Order Granting Plaintiffs' Motion for Default Judgment, (Dkt. 25), and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, National Electrical Industry Fund, Contract Compliance Fund, Los Angeles Electrical Workers Credit Union, and Southern California IBEW-NECA Administrative Corporation shall recover from Defendant Professional Telecommunications Services Inc., a California corporation, $8,418.99 in fringe benefit contributions; $3,049.63 in prejudgment interest; $4,714.50 in liquidated damages; $14,522.10 in attorneys' fees and litigation expenses; $512.00 in costs; $6,513.75 in audit fees; and post-judgment interest in accordance with the rate set by 28 U.S.C. § 1961 from the date judgment is entered until the judgment is paid in full.

**IT IS SO ORDERED.**

Date: May 17, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE